UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

J C BELL, TRUSTEE          CHECK # 785563     May 9, 2013
P O BOX 566
HATTIESBURG, MS 39403

RULE 3011 LIST OF UNCLAIMED FUNDS,
CLAIMANTS AND AMOUNTS

HARRY & JUANITA MARTINEZ                                07-51436 KMS
5920 ORANGE GROVE ROAD
MOSS POINT, MS 39562


PAYEE: HARRY & JUANITA MARTINEZ                         $686.19
       5920 ORANGE GROVE ROAD
       MOSS POINT, MS 39562


REASON: UNABLE TO LOCATE
*****************************************************************
CHRISTOPHER & SAMANTHA YOUNG                            07-51591 NPO
P O BOX 8277
MERIDIAN, MS 39303


PAYEE: CHRISTOPHER z& SAMANTHA YOUNG                    $0.54
       P O BOX 8277
       MERIDIAN, MS 39303


REASON: TOO SMALL TO DISBURSE
*****************************************************************
PATRICIA BUCKLEY                                        07-51824 KMS
P O BOX 1417
BAY SPRINGS, MS 39422


PAYEE: PARTICIA BUCKLEY                                 $18.83
       P O BOX 1417
       BAY SPRINGS, MS 39422


REASON: DEBTOR DID NOT CASH CHECK
*****************************************************************
SANDRA HARRIS                                           08-50131 KMS
59 PATTERSON LOOP
MOSELLE, MS 39459

PAYEE: SANDRA HARRIS                                         $1.58
       59 PATTERSON LOOP
       MOSELLE, MS 39459

REASON: TOO SMALL TO DISBURSE
------------------------------------------------------------------

ALEXANDER & ANDREA BALLARD                                   08-50807 KMS
06 BEE ROAD
TYLERTOWN, MS 39667

PAYEE: CASH, INC.
       4842 PLAZA DRIVE
       TYLERTOWN, MS 39667                   $54.18

REASON: NO LONGER IN BUSINESS
------------------------------------------------------------------

ALEXANDER & ANDREA BALLARD                                   08-50807 KMS
06 BEE ROAD
TYLERTOWN, MS 39667

PAYEE: CASH, INC.
       1024 HWY 98 & 51
       MCCOMB, MS 39648                      $52.58

REASON: NO LONGER IN BUSINESS
------------------------------------------------------------------

GENA HUDSON                                                  10-52299 KMS
2445 HINTON ROAD
LAUREL, MS 39443

PAYEE: GENA HUDSON
       2445 HINTON ROAD
       MCCOMB, MS 39443                      $6.15
******************************************************************

TOTAL PAYMENT INTO REGISTRY:                                 $820.05

/s/J.C. Bell, Trustee
J. C. Bell, Trustee

P. O. Box 566
Hattiesburg, MS 39403
(601)582-5011